UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Linda Lou Wynn               :          Case #: 06-53801

                                     :          Chapter 13

                                     :          Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 15, 2011            /s/ Frank M. Pees
                                     Frank M. Pees
                                     Chapter 13 Trustee


Name and Address                          Amount
Charming Shoppes/Crosstown Traders        $3.01
First Express
PO Box 856044
Louisville KY, 40285